**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GRAHAM PACKAGING** | : | |
| **COMPANY, L.P.,** | : | |
|       **Plaintiff** | : | No. 1:15-cv-01186 |
| | : | |
|       v. | : | (Judge Kane) |
| | : | |
| **TRANSPLACE TEXAS, L.P.,** | : | |
|       **Defendant** | : | |

## ORDER

**AND NOW**, on this 7th day of December 2015, **IT IS HEREBY ORDERED THAT** Defendant Transplace Texas, L.P.'s motion to partially dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. No. 14), is **DENIED**.

                                                 S/ Yvette Kane
                                                 Yvette Kane, District Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania