# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAHAM PACKAGING COMPANY, L.P.,** | : | |
| Plaintiff | : | No. 1:15-cv-01186 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **TRANSPLACE TEXAS, L.P.,** | : | |
| Defendant | : | |

## **ORDER**

**AND NOW**, on this 12th day of April 2016, **IT IS HEREBY ORDERED THAT**

Defendant Transplace Texas, L.P.'s motion for reconsideration, (Doc. No. 33), is **DENIED**.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania